UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM E. TOLBERT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY & COUNTY OF SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH, et al.,<br><br>　　　　　Defendants. | Case No. 16-cv-00810-JD<br><br>**ORDER GRANTING CONTINUANCE OF DEADLINES**<br><br>Re: Dkt. No. 38 |

The Court has received the parties' joint request for a continuance of deadlines relating to the initial case management conference in this action. Dkt. No. 38. The Court grants the request. Because the Court is unavailable for a case management conference on August 17 or August 24, 2016, the Court continues the July 20, 2016 conference to August 31, 2016. The Federal Rule of Civil Procedure 26 disclosures and case management statement are due a week before the conference. The amended complaint will be filed August 24, 2016.

These are the last continuances that will be granted. Ms. Tolbert has until August 31, 2016 to notify the Court whether she has retained replacement counsel or intends to proceed pro se.

**IT IS SO ORDERED.**

Dated: July 11, 2016

　　　　　　　　　　　　　　　　　　　　　　　　　JAMES DONATO
　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge