UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM E. TOLBERT,<br><br>    Plaintiff,<br><br>    v.<br><br>CITY & COUNTY OF SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH, et al.,<br><br>    Defendants. | Case No. 3:16-cv-00810-JD<br><br>**DISCOVERY ORDER**<br><br>Re: Dkt. No. 115 |

Plaintiff Tolbert is directed to file a response to defendants' discovery letter brief, Dkt. No. 115, by August 30, 2019, in the format required by the Court's standing order for civil discovery, which can be found at https://www.cand.uscourts.gov/jdorders. The information available to the Court appears to indicate that plaintiff's counsel is not currently authorized to represent her in this matter. Consequently, this order is directed to plaintiff personally.

If Tolbert does not have a copy of defendants' discovery letter brief, she should contact the city for a copy and it should be provided to her as soon as possible.

**IT IS SO ORDERED.**

Dated: August 16, 2019

JAMES DONATO
United States District Judge

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| KIM E. TOLBERT,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>CITY & COUNTY OF SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH, et al.,<br><br>　　　　　Defendants. | Case No. 16-cv-00810-JD<br><br>**CERTIFICATE OF SERVICE** |
|---|---|

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on August 19, 2019, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Kim E. Tolbert

P.O. Box 5194

Oakland, CA 94605

Dated: August 19, 2019

　　　　　　　　　　　　　　　　　　　　Susan Y. Soong
　　　　　　　　　　　　　　　　　　　　Clerk, United States District Court

　　　　　　　　　　　　　　　　　　　　By:_____
　　　　　　　　　　　　　　　　　　　　LISA R. CLARK, Deputy Clerk to the
　　　　　　　　　　　　　　　　　　　　Honorable JAMES DONATO