UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KIM E. TOLBERT,

    Plaintiff,

v.

CITY & COUNTY OF SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH, et al.,

    Defendants.

Case No. 3:16-cv-00810-JD

**ORDER TO SHOW CAUSE**

The Court set a telephonic discovery call hearing for September 10, 2019. Dkt. No. 119. Plaintiff Tolbert did not appear. Dkt. No. 120. The Court had previously directed Tolbert to file a response to defendants' discovery letter brief, Dkt. No. 115. Dkt. No. 117. No response was filed. Defendants have informed the Court that Tolbert is not responding to discovery requests or other communications. Dkt. No. 115. Defendants also reported that she failed to show up for her deposition. Dkt. No. 118. The Court's review of the docket in this case indicates that Tolbert also failed to appear at a settlement conference before Magistrate Judge Hixson on August 13, 2019. Dkt. No. 113. The record indicates that Tolbert is proceeding pro se after her attorney was disbarred.

Pro se litigants are held to the same standards as represented parties with respect to meeting filing deadlines, handling discovery, and prosecuting their claims in a timely manner. Tolbert is ordered to show cause in writing by **November 22, 2019**, why the case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b). All remaining pretrial and trial dates are vacated pending further order of the Court.

**IT IS SO ORDERED.**

Dated: November 8, 2019

JAMES DONATO
United States District Judge