UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM E. TOLBERT,<br><br>      Plaintiff,<br><br>   v.<br><br>CITY & COUNTY OF SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH, et al.,<br><br>      Defendants. | Case No. 3:16-cv-00810-JD<br><br>**ORDER TO SHOW CAUSE** |

On January 17, 2020, the Court issued an order to stay this case until April 13, 2020, while pro se plaintiff Tolbert looked to hire a new attorney. Dkt. No. 123. As of the date of this Order, Tolbert has not indicated that she has found a new lawyer, or made any filings in this case.

Pro se litigants are held to the same standards as represented parties with respect to meeting filing deadlines, handling discovery, and prosecuting their claims in a timely manner. The Court has previously issued a prior order to show cause for failure to prosecute, Dkt. No. 121, and the initial complaint was filed over four and a half years ago. Tolbert is ordered to show cause in writing by **November 20, 2020**, why the case should not be dismissed for failure to prosecute pursuant to Federal Rule of Civil Procedure 41(b).

**IT IS SO ORDERED.**

Dated: November 3, 2020

JAMES DONATO
United States District Judge