UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

KIM E. TOLBERT,

        Plaintiff,

v.

CITY & COUNTY OF SAN FRANCISCO DEPARTMENT OF PUBLIC HEALTH, et al.,

        Defendants.

Case No. 3:16-cv-00810-JD

**ORDER RE MOTION TO SET ASIDE**

Re: Dkt. No. 130

Plaintiff Tolbert's request to set aside the dismissal of this action, Dkt. No. 130, is denied. The Court has detailed in prior orders Tolbert's long record of failing to appear at hearings and settlement conferences, fulfill her discovery obligations, and meet the Court's deadlines. See Dkt. Nos. 121, 123, 124. In response to the Court's multiple warnings about this unacceptable conduct, Tolbert has at various times blamed ill health, the COVID pandemic, and a bad lawyer. In the request to set aside the order dismissing her case for failing to respond to the Court's most recent order to show cause, see Dkt. Nos. 124 and 128, Tolbert says she did not get a copy of the OSC and that the Clerk's Office was closed to her due to the pandemic.

Neither claim is persuasive. To start, the ECF docket indicates that Tolbert routinely received the Court's prior orders without a problem. Consequently, the Court declines to credit Tolbert's assertion that the last OSC did not reach her. With respect to the Clerk's office, the District made ECF filing available to all pro se litigants in May 2020. Tolbert did not avail herself of that opportunity. In addition, the Clerk's office continued to process filings received by U.S. mail during the occasional closures of the office to in-person visits. Tolbert was not denied access to the Court in any way.

**IT IS SO ORDERED.**

Dated: January 5, 2022

JAMES DONATO
United States District Judge