UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KIM E. TOLBERT,<br><br>        Plaintiff,<br><br>    v.<br><br>CITY AND COUNTY OF SAN FRANCISCO, *et al*.,<br><br>        Defendants. | Case No. 22-cv-01467-SI<br><br>**Also to be filed in 16-cv-000810 JD**<br><br>**SUA SPONTE RELATED CASE REFERRAL** |

Pursuant to Civil Local Rule 3-12(c), the Court refers this case to Judge Donato to consider whether it is related to *Kim E. Tolbert v. City and County of San Francisco*, 3:16-cv-00810 JD.

**IT IS SO ORDERED**.

Dated: April 4, 2022

SUSAN ILLSTON
United States District Judge